IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BLACKSHIRE,

    Plaintiff,                  No. 2:12-cv-2136 KJN P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS,

    Defendant.               ORDER

_____/

        Plaintiff is a former state prisoner. On April 15, 2013, plaintiff's amended complaint was dismissed, and plaintiff was granted thirty days in which to file a second amended complaint. Plaintiff was provided the form for filing a civil rights action pursuant to 42 U.S.C. § 1983. On May 13, 2013, plaintiff filed a document entitled "Amended Complaint." (ECF No. 8.) However, plaintiff did not name any individual defendants, and raised only generalized statements that prevent the court from discerning whether plaintiff can state a cognizable civil rights claim. In an abundance of caution, plaintiff is granted one final opportunity to file a second amended complaint that complies with this court's prior screening orders. (ECF Nos. 4 & 7.) Plaintiff shall file any second amended complaint on the form provided by the Clerk of the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 13, 2012 amended complaint (ECF No. 8) is dismissed with leave to amend;

2. The Clerk of the Court is directed to send plaintiff the form for filing a civil rights action; and

3. Within thirty days from the date of this order, plaintiff shall file a civil rights complaint on the form provided by the Clerk of the Court; such filing shall be entitled "Second Amended Complaint." Plaintiff shall file an original and one copy of the Second Amended Complaint. In addition, plaintiff's second amended complaint shall comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The second amended complaint must also bear the docket number assigned to this case and must be labeled "Second Amended Complaint." Plaintiff is required to use the court's form in filing his second amended complaint, and may only include his claim regarding forced medication.

Failure to file a second amended complaint in accordance with this order will result in the dismissal of this action.

DATED: May 20, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

blac2136.lta