UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE, | No. 2:12-cv-2136 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

By order filed May 21, 2013, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. On June 18, 2013, plaintiff was granted an additional thirty days in which to file a second amended complaint. Thirty days from that date have now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

On September 24, 2012 (ECF 5), plaintiff consented to proceed before the undersigned. Accordingly, IT IS ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: July 29, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/blac2136.fta

1