UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE, | No. 2:12-cv-2136 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

This civil rights action was closed on July 29, 2013. Plaintiff is a former county jail inmate proceeding pro se; he consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On June 29, 2015, plaintiff filed a motion to reopen this case. On June 15, 2015, his previous motion to reopen the case was denied because the motion was untimely-filed. Fed. R. Civ. P. 60(b)(1). If plaintiff seeks relief he must file a new action.

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 29, 2015 motion (ECF No. 16) is denied. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: July 6, 2015

/blac2136.58

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE